**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RYAN L. NILSEN, SB# 310642
  E-Mail: Ryan.Nilsen@lewisbrisbois.com
MASON T. SMITH, SB# 317537
  E-Mail: Mason.Smith@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant FCA US LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAY HOSSINE<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. '19CV673 MMAJLB<br><br>**DEFENDANT FCA US, LLC'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331**<br><br>**[FEDERAL QUESTION]** |

TO PLAINTIFFS HEREIN, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that under the provisions of 28 U.S.C. §§ 1331 and 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(b), and 28 U.S.C. § 1367(a), Defendant FCA US LLC, a Delaware Limited Liability Company ("Defendant") filed with the Clerk of the Court for the United States District Court, Southern District, a Notice of Removal and supporting pleadings to accomplish the removal of the action pending in the Superior Court of the State of California in and for the County of San Diego, entitled *Samay Hossine v. FCA US LLC; and Does 1 to 10, inclusive,* San Diego County Superior Court Case No. 37-2019-00012169-CU-BC-CTL, commenced on March 6, 2019, to the United States District Court, Southern District.

A copy of the Notice of Removal and supporting papers has also been filed with the Clerk of the San Diego County Superior Court, as an attachment to the

4832-8021-0323.1

DEFENDANT FCA US, LLC'S NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION

Notice to State Court of Removal to Federal Court. Plaintiff was served with a copy of the Notice of Removal and supporting papers in conjunction with the Notice to State Court.

DATED: April 11, 2019       LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ *Ryan L. Nilsen*
Ryan L. Nilsen
Mason T. Smith
Attorneys for Defendant, FCA US LLC